UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DEBRA NORMAN GUTSHALL,         BANKRUPTCY
                               CASE NO.: 8:10-bk-03429-CPM

    Debtor.                    CHAPTER 7

_____/

STEPHEN L. MEININGER, as Chapter 7
Trustee of the Estate of DEBRA NORMAN
GUTSHALL,

    Plaintiff,
                               ADVERSARY PROCEEDING
v.                             NO.: 8:10-ap-00977-CPM

CHASE BANK USA, N.A., a national banking
association,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF REGARDING SETOFF**

THIS CAUSE came before the Court hearing on July 12, 2011, at 3:30 p.m., on Plaintiff Stephen L. Meininger's, as Chapter 7 Trustee of the Estate of Debra Norman Gutshall, Motion for Summary Judgment ("Plaintiff's Motion for Summary Judgment") (Doc. 20), and Defendant Chase Bank USA, N.A.'s Motion for Partial Summary Judgment regarding setoff ("Defendant's Motion for Partial Summary Judgment") (Doc. 35). Present at the hearing were Gus M. Centrone, Esq., on behalf of Plaintiff, and Robert Quinn, Esq. on behalf of Defendant. The

19671463.2

Court, having heard argument from the parties, for the reasons stated in open court, and being otherwise fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's Motion for Summary Judgment is DENIED.

2. Defendant's Motion for Partial Summary Judgment is DENIED as to Defendant on the issue of setoff. Pursuant to Bankruptcy Rule 7056 and Federal Rule of Civil Procedure 56(f), the Court GRANTS a partial summary judgment in favor of Plaintiff, as the non-moving party, determining that the Court will not allow setoff against any award of damages or attorney's fees and costs.

3. The Court reserves jurisdiction to enter a memorandum opinion.

DONE AND ORDERED in Tampa, Florida on _____ January 15, 2013

*Catherine M. Ewen* (signature)

Honorable Catherine Peek McEwen
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.